# HEARING MINUTES

Cause No:        4:23-cv-2478

Style:           *Athreya v. Texas A&M University*

Hearing Type:    Docket Call

**Appearances:**

| Counsel | Representing |
|---|---|
| Riley Michelle Carter<br>Harjeen Zibari | Sheela Athreya |
| Joseph Daniel Keeney<br>Rachel Behrendt<br>Marc Rietvelt | Texas A&M University |

Date:  April 28, 2025                Court reporter: ERO
Time:  10:38 AM – 10:58 AM           Law Clerk:  E. Robins

At the hearing, the following rulings were made as stated on the record:

Docket Call was held (Dkt. 45). The parties briefed the Court on agreements that have been made regarding the Joint Request for Trial Witnesses to Appear Remotely (Dkt. 50).

Trial is set for **Wednesday, June 4, 2025, at 1:30 pm**.