**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

Sheela Athreya

v.　　　　　　　　　　　　　　　　　　　　　Case Number: 4:23−cv−02478

Texas A&M University

---

## NOTICE OF HEARING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SCHEDULED AS SET FORTH BELOW.**

Jury Trial set for 6/4/2025 at 01:30 PM before Judge George C Hanks, Jr.

**PLACE**
Courtroom 9C
Houston Division
515 Rusk Avenue
Houston, Texas 77002

Date: May 5, 2025

　　　　　　　　　　　　　　　　　　　　　　　　Nathan Ochsner, Clerk, Clerk
　　　　　　　　　　　　　　　　　　　　　　　　s/ 4 KimberlyPicota, Deputy Clerk