UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SHEELA ATHREYA, | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:23-CV-02478 |
| | § | |
| TEXAS A&M UNIVERSITY, | § | |
| Defendant. | § | |

**JURY NOTE NUMBER 1**

We have a question on the reasoning given to Dr Ura. Can we see the transcript for this?

6-10-25
Date

Foreperson

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Unfortunately No. You each must rely on your own recollection of the testimony.

6/10/2025
Date

George C. Hanks, Jr.
United States District Judge

Jury notes should be used in numerical order.
Jury notes are a permanent part of the record.
Jury notes should be retained and given to the Court with the chase at the conclusion of deliberations.

1 / 1