UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SHEELA ATHREYA, | § | |
|     Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:23-CV-02478 |
| | § | |
| TEXAS A&M UNIVERSITY, | § | |
|     Defendant. | § | |

**JURY NOTE NUMBER 2**

We reached a Verdict

6-10-25
Date                                                           Foreperson

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Date                                                           George C. Hanks, Jr.
                                                               United States District Judge

Jury notes should be used in numerical order.

Jury notes are a permanent part of the record.

Jury notes should be retained and given to the Court with the chase at the conclusion of deliberations.

1 / 1