## QUESTION NO. 1

Has Plaintiff Athreya proved by a preponderance of the evidence that TAMU would not have determined not to renew her contract to teach in Qatar in the absence of—in other words, but for—her gender?

Answer "Yes" or "No." 

_____

**If you answered Question No. 1 "Yes," then answer Question No. 2. If you answered Question No. 1 "No," then this ends your deliberations, and your foreperson should sign and date the verdict form on the last page.**

6

## QUESTION NO. 2

What sum of money, if paid now in cash, would fairly and reasonably compensate Plaintiff Athreya for the damages, if any, you have found Defendant TAMU caused Plaintiff Athreya?

Answer in dollars and cents for the following items and none other:

a. Wages, salary, employment benefits, or other compensation denied or lost from August 31, 2022.

$_____

b. Past pain and suffering, inconvenience, mental anguish, and loss of enjoyment of life.

$_____

c. Future pain and suffering, inconvenience, mental anguish, and loss of enjoyment of life.

$_____

## DUTY TO DELIBERATE

It is now your duty to deliberate and to consult with one another in an effort to reach a verdict. Each of you must decide the case for yourself, but only after an impartial consideration of the evidence with your fellow jurors. During your deliberations, do not hesitate to reexamine your own opinions and change your mind if you are convinced that you were wrong. But do not give up on your honest beliefs because the other jurors think differently, or just to finish the case.

Remember at all times, you are the judges of the facts. You have been allowed to take notes during this trial. Any notes that you took during this trial are only aids to memory. If your memory differs from your notes, you should rely on your memory and not on the notes. The notes are not evidence. If you did not take notes, rely on your independent recollection of the evidence and do not be unduly influenced by the notes of other jurors. Notes are not entitled to greater weight than the recollection or impression of each juror about the testimony.

When you go into the jury room to deliberate, you may take with you a copy of this charge, the exhibits that I have admitted into evidence, and your notes. You must select a presiding juror to guide you in your deliberations and to speak for you here in the courtroom.

Your verdict must be unanimous. After you have reached a unanimous verdict, your presiding juror must fill out the answers to the written questions on the verdict form and sign and date it. After you have concluded your service and I have discharged the jury, you are not required to talk with anyone about the case.

If you need to communicate with me during your deliberations, the presiding juror should write the inquiry and give it to the court security officer. After consulting with the attorneys, I will respond either in writing or by meeting with you in the courtroom. Keep in mind, however, that you must never disclose to anyone, not even to me, your numerical division on any question.

You may now proceed to the jury room to begin your deliberations.

8

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SHEELA ATHREYA, | § § § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:23-CV-2478 |
| | § | |
| TEXAS A&M UNIVERSITY, | § § | |
| Defendant. | § § § | |

## VERDICT

We, the jury, return the foregoing as our unanimous verdict.

_6/10/25_  ████████████████████
Date         Foreperson

9